UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI GIROTTO,                                           CASE NO: 1:18-cv-08626-LGS

    Plaintiff,

vs.

SOFIA FABULOUS PIZZA CORP., a
New York corporation, d/b/a SERAFINA
FABULOUS PIZZA, and 1022 MADISON
AVENUE LLC, a New York limited liability
company,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

    COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, SOFIA FABULOUS PIZZA CORP., a New York corporation, d/b/a SERAFINA FABULOUS PIZZA, and 1022 MADISON AVENUE LLC, a New York limited liability company, by and through the undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. As such, the parties hereby respectfully request the Conference scheduled on January 17 be canceled, as this matter has been fully settled.  Also, a sixty (60) day dismissal order of is hereby respectfully requested by the parties.

    Dated: This 11th day of January, 2019.

By: /S/ B. Bradley Weitz                                  By: /S/ Robert N. Swetnick
    B. Bradley Weitz, Esq.                                  Robert N. Swetnick, Esq.
    The Weitz Law Firm, P.A.                               Dunnington, Bartholow & Miller, LLP
    Bank of America Building                               250 Park Avenue, 11th Floor
    18305 Biscayne Blvd., Suite 214                      New York, New York 10177
    Aventura, Florida 33160                                  Telephone:  (212) 349-2800
    Telephone:  (305) 949-7777                            Facsimile:  (212) 661-7769
    Facsimile:  (305) 704-3877                             Email: RSwetnick@dunnington.com
    Email: bbw@weitzfirm.com                            *Attorneys for Sofia Fabulous Pizza Corp*
    *Attorneys for Plaintiff*